(No. 1022— )

HORACE K. TAYLOR, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed January 14, 1929.*

JOHN M. PEFFERS, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLETON, Assistant Attorney General, for respondent.

Per Curiam: This case coming on to be heard upon oral motion of claimant that the above entitled cause be dismissed and it appearing that the cause should be dismissed,

It is therefore considered, that said cause be, and the same is hereby dismissed.